No. 568, Misc. Coons *v.* Michigan Corrections Department et al. Motion for leave to file petition for writ of mandamus denied.

No. 584, Misc. Kinsey et al. *v.* Simons, Chief Judge, et al. Motion for leave to file petition for writ of mandamus denied. *George E. Brand* and *George E. Brand, Jr.* for petitioners. *Richard Ford* for Knapp et al., respondents.

No. 583, Misc. Kinsey et al. *v.* Knapp et al. Motion for leave to file petition for writ of certiorari denied. *George E. Brand* and *George E. Brand, Jr.* for petitioners. *Richard Ford* for Knapp et al., respondents.

No. 336, Misc. Smotherman *v.* Michigan;
No. 349, Misc. Brink *v.* Heinze, Warden, et al.;
No. 352, Misc. McDaniel *v.* California;
No. 483, Misc. Medley *v.* Steiner, Warden;
No. 500, Misc. Bryant *v.* Smyth, Superintendent, Virginia Penitentiary;
No. 510, Misc. Lee *v.* Burford, Warden;
No. 516, Misc. Nedd *v.* Murphy, Warden;
No. 555, Misc. Wells *v.* Fay, Warden; and
No. 586, Misc. Copeland *v.* Smyth, Superintendent, Virginia Penitentiary. Motions for leave to file petitions for writs of habeas corpus denied.

No. 490, Misc. Taylor *v.* Tinsley, Warden;
No. 518, Misc. Bell *v.* Maryland; and
No. 535, Misc. Costello *v.* Klinger, Superintendent, Department of Corrections, California Men's Colony. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writ of certiorari, certiorari is denied.